# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RODNEY DALE ALVERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:17-cv-0474-LSC-JEO |
| ) | |
| WARDEN EDWARD ELLINGTON and ) | |
| THE ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2254 by Petitioner Rodney Dale Alverson, an Alabama state prisoner acting *pro se*. (Doc.[1] 1-1 ("Petition" or "Pet.")). Alverson challenges his life sentence and concurrent lesser sentences imposed by the Circuit Court of Jefferson County, Alabama, in 2008. (Pet. at 1). The magistrate judge to whom the action was referred entered a Report and Recommendation ("R&R"), *see* 28 U.S.C. § 636(b)(1), proposing that Alverson's habeas petition be dismissed without prejudice for lack of jurisdiction, as successive

---

[1] References to "Doc(s)___" are to the documents number of the pleadings, motions, and other materials in the court file, as compiled and designated on the docket sheet by the Clerk of the Court. Unless otherwise noted, pinpoint citations are to the page of the electronically filed document in the court's CM/ECF system, which may not correspond to pagination on the original "hard copy" presented for filing.

under 28 U.S.C. § 2244(b). (Doc. 3). No objections to the R&R were filed, and the time in which to do so has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. As a result, the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**, lack of jurisdiction. A separate final order will be entered.

Done this 19th day of June 2017.

L. Scott Coogler
United States District Judge
[160704]