FILED
2017 Jun-19 AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RODNEY DALE ALVERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:17-cv-0474-LSC-JEO |
| ) | |
| WARDEN EDWARD ELLINGTON and ) | |
| THE ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## FINAL ORDER

For the reasons stated in the Memorandum Opinion entered with this Final Order, this habeas corpus action is hereby **DISMISSED WITHOUT PREJUDICE**, for want of jurisdiction, pursuant to 28 U.S.C. § 2244(b). The Clerk is **DIRECTED** to close the file.

Done this 19th day of June 2017.

_____
L. Scott Coogler
United States District Judge

[160704]